IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON VAN SCOTT,

     Petitioner,                     No. 2:12-cv-1527 MCE KJN P

   vs.

SWARTHOUT,

     Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel.  On August 2, 2012, plaintiff filed a document styled, "Motion for Default Judgment."  (Dkt. No. 10.)  Petitioner claims that respondent failed to answer, and that on July 28, 2012, clerk's default was entered. Petitioner now seeks default judgment based on respondent's alleged failure to timely respond.

        However, petitioner is mistaken.  No entry of default or other entry was made on July 28, 2012.  Moreover, by order filed June 14, 2012, respondent was ordered to file a response within sixty days.  Thus, the response is not due until August 13, 2012, and any motion for relief

////

////

////

////

based on respondent's alleged failure to respond is premature.  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 2, 2012 motion (dkt. no. 10) is denied without prejudice.

DATED:  August 8, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/vans1527.def